DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE ex rel. UTIL. COMM'N v.
CAROLINA INDUS. GROUP

No. 437P98

Case below: 130 N.C.App. 636

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.


STATE FARM MUT. AUTO. INS. CO. v. FORTIN

No. 296PA98

Case below: 129 N.C.App. 839

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 5 November 1998.